IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC. <br><br> Defendants. | C.A. No. 2:23-cv-00158 |

**AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT T-MOBILE US, INC.**

Plaintiff and Defendants hereby jointly move to dismiss Defendant T-Mobile US, Inc. from the action pursuant to Federal Rule of Civil Procedure 21. Plaintiff and Defendants have agreed to dismiss T-Mobile US, Inc. without prejudice and without costs pursuant to Rule 21 on the grounds that it is not a proper party to the action.

The parties agree that the caption should be revised as follows:

2

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.<br><br>    Defendant. | C.A. No. 2:23-cv-00158 |

2

Dated: June 12, 2023

    BY: /s/ *Glen E. Summers*
    Glen E. Summers (CO Bar No. 30635)
    LEAD ATTORNEY
    (*pro hac vice* to be filed)
    Nosson D. Knobloch (CO Bar No. 42134)
    (*pro hac vice* to be filed)
    Sten A. Jernudd (Colorado Bar No. 58402)
    (*pro hac vice* to be filed)
    **BARTLIT BECK LLP**
    1801 Wewatta Street, Suite 1200
    Denver, CO 80202
    Telephone: (303) 592-3100
    glen.summers@bartlitbeck.com
    nosson.knobloch@bartlitbeck.com
    sten.jernudd@bartlitbeck.com

    Michael J. Valaik (IL Bar No. 6276086)
    (*pro hac vice* to be filed)
    **BARTLIT BECK LLP**
    54 West Hubbard Street, Suite 300
    Chicago, IL 60654
    Telephone: (312) 494-4400
    michael.valaik@bartlitbeck.com

    T. John Ward, Jr. (TX Bar No. 00794818)
    Charles Everingham IV (TX Bar No. 00787447)
    Andrea L. Fair (TX Bar No. 24078488)
    **WARD, SMITH & HILL, PLLC**
    1507 Bill Owens Pkwy.
    Longview, TX 75604
    Telephone: (903) 757-6400
    jw@wsfirm.com
    ce@wsfirm.com
    andrea@wsfirm.com

    *Attorneys for Plaintiff General Access Solutions, Ltd.*

    BY: /s/ *Wes C. Achey*
    John D. Haynes (GA Bar No. 340599)
    Wesley C. Achey (GA Bar No. 141284)
    Michael C. Deane (GA Bar No. 498195)
    John.Haynes@alston.com
    Wes.Achey@alston.com
    Michael.Deane@alston.com
    One Atlantic Center

1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Mary I. Riolo (NC Bar No. 59644)
Mary.Riolo@alston.com
Vantage South End
1120 S. Tryon Street
Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

*Attorneys for Defendant T-Mobile USA, Inc.*

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith LLP
102 N. College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257

*Attorney for T-Mobile USA, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, the foregoing was electronically filed and served via the Court's electronic filing system on all counsel who have consented to electronic service.

>
> */s/ Wes C. Achey*
> Wesley C. Achey (GA Bar No. 141284)
> Wes.Achey@alston.com
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, GA 30309-3424
> Telephone: (404) 881-7000
> Facsimile: (404) 881-7777