IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., § § *Plaintiff*, § § v. § § T-MOBILE USA, INC., § § *Defendant*, § § ERICSSON, INC., § § *Intervenor-Defendant*, § § NOKIA OF AMERICA CORPORATION, § § *Intervenor-Defendant*. § § | CIVIL ACTION NO. 2:23-CV-00158-JRG |

# ORDER

Before the Court is the Joint Motion for Continuance Due to Conflicting Trial Setting (the "Motion") filed by Plaintiff General Access Solutions, Ltd. ("Plaintiff"), Defendant T-Mobile USA, Inc. ("Defendant"), and Intervenors Ericsson Inc. and Nokia of America, Inc. (collectively, "Intervenors"). (Dkt. No. 210.) Also before the Court is the Notice of Trial Scheduling Conflicts (the "Notice") filed by Plaintiff. (Dkt. No. 209.) Plaintiff represents that one of its witnesses and its lead counsel, Glen Summers, have a conflict with the Court's March 3, 2025, trial setting. (Dkt. No. 209 at 1-2.) Plaintiff also represents that its lead counsel has a conflict with the Court's March 21, 2025, trial setting due to his son's wedding. (*Id.* at 2.) Defendant and Intervenors represent that T-Mobile's corporate representative and their lead counsel, Theodore Stevenson, III, have a conflict with the Court's March 3, 2025 and March 17, 2025, trial settings due to a previously scheduled district court trial. (Dkt. No. 210 at 1-2.) The parties "request that the Court reset this

case for trial no earlier than an April 2025 trial session." (*Id.* at 2.)

Having considered the Motion, the Notice, and the parties' representations, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the Court **CONTINUES** the trial setting currently set for March 3, 2025, and **PREFERENTIALLY SETS** this case for jury selection and trial to begin on **Monday, April 7, 2025**. Absent settlement or dismissal of the above-captioned case, all parties should make any arrangements necessary to go forward with trial at that time and without further rescheduling.

**So ORDERED and SIGNED this 14th day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE