# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant, <br><br> ERICSSON INC., <br><br> Intervenor-Defendant, <br><br> NOKIA OF AMERICA CORPORATION., <br><br> Intervenor-Defendant. | C.A. No. 2:23-CV-00158-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S DISCLOSURE OF FINAL ASSERTED CLAIMS**

Pursuant to the Fourth Amended Docket Control Order (Dkt. 90) and the Court's March 28, 2025 email directive, Plaintiff General Access Solutions, Ltd. ("General Access") hereby gives notice that it disclosed its final asserted claims to Defendant T-Mobile USA, Inc. and Intervenor-Defendants Ericsson Inc. and Nokia of America Corporation on Friday, March 28, 2025.

General Access has narrowed its asserted claims to the following:

- U.S. Patent No. 6,947,477:  Claims 1, 3, and 6

- U.S. Patent No. 7,099,383:  Claim 16

Dated: April 2, 2025                                     Respectfully submitted,

*/s/ Glen E. Summers*
Glen E. Summers (CO Bar No. 30635)
LEAD ATTORNEY
Nosson D. Knobloch (CO Bar No. 42134)
John M. Hughes (CO Bar No. 38295)
Giovanni J. Sanchez (CO Bar No. 59696)
Taylor Kelson (CO Bar No. 56910)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com
nosson.knobloch@bartlitbeck.com
john.hughes@bartlitbeck.com
giovanni.sanchez@bartlitbeck.com
taylor.kelson@bartlitbeck.com

Meg E. Fasulo (IL Bar No. 6320595)
Luke C. Beasley (IL Bar No. 6334359)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
meg.fasulo@bartlitbeck.com
luke.beasley@bartlitbeck.com

Andrea L. Fair (TX Bar No. 24078488)
Charles Everingham IV (TX Bar No. 00787447)
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Telephone: (903) 757-6400
andrea@millerfairhenry.com
ce@millerfairhenry.com

*Attorneys for Plaintiff General Access Solutions, Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that a copy of the foregoing document was filed via the Court's CM/ECF system on April 2, 2025, which will send a notification of such filing to all counsel of record.

*/s/ Glen E. Summers*
Glen E. Summers