IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § § § § | |
| *Plaintiff,* | | |
| v. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00158-JRG |
| T-MOBILE USA, INC., | | |
| *Defendant.* | | |
| ERICSSON INC., | | |
| *Intervenor-Defendant.* | | |
| NOKIA OF AMERICA, INC., | | |
| *Intervenor-Defendant.* | | |

# **ORDER**

Before the Court is the Agreed Motion in *Limine* (the "Motion") filed by Plaintiff General Access Solutions, Ltd. ("General Access"), Defendant T-Mobile USA, Inc. ("T-Mobile"), and Intervenor Ericsson Inc. ("Ericsson") (collectively, the "Parties"). (Dkt. No. 238.) In the Motion, the Parties agree that the circumstances of General Access's settlement and other matters concerning Intervenor Nokia of America, Inc. should not be put before the jury. (*Id.* at 1.) Specifically, the Parties request that the Court enter the following motion *in limine*:

> No party or witness shall offer any evidence, testimony, argument, or suggestion regarding the Confidential Binding Term Sheet between General Access and Intervenor Nokia of America Corporation ("Nokia") concerning Nokia's products (the "Nokia Settlement"). For clarity, this Joint Motion in *Limine* #1 prohibits any statement that directly, or indirectly, suggests that Nokia was once a party to this action, that Nokia intervened in this action, settled claims asserted in this action, or that Nokia products were accused of infringing the patents asserted in the case. Moreover, the parties and witnesses shall not offer any evidence, testimony, argument, or suggestion regarding the negotiation, execution, or existence of any

term sheet, agreement, settlement, resolution, or license between Nokia and General Access regarding any patents (including U.S. Patent Nos. 6,947,477 and 7,099,383). For avoidance of doubt, subject to the Court's prior rulings on admissibility of evidence and testimony, this Joint Motion in *Limine* #1 does not prohibit the parties from using or referencing Nokia documents or licenses produced by T-Mobile or Nokia in discovery in the context of Nokia's role as an equipment supplier in the industry (including of T-Mobile) or as examples of "third-party licenses." Testimony, evidence, demonstratives, or other materials shall not be excluded simply because they reference Nokia. For testimony that the parties have designated and evidence, demonstratives, or other materials that the parties may seek to present to the jury, the parties shall work in good faith to implement tailored redactions.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Parties shall be bound by the agreed motion *in limine* above.

**So Ordered this**

**Apr 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE