IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00158-JRG |
| T-MOBILE USA, INC., | § | |
| *Defendant.* | § | |
| ERICSSON INC., | § | |
| *Intervenor-Defendant.* | § | |
| NOKIA OF AMERICA, INC., | § | |
| *Intervenor-Defendant.* | § | |

## ORDER

Before the Court is the Agreed Motion for Leave to Serve Third Supplemental Expert Report of Mr. David Kennedy (the "Motion") filed by Plaintiff General Access Solutions, Ltd. ("General Access"). (Dkt. No. 237.) In the Motion, General Access seeks leave to serve a third supplemental expert report of its damages expert, Mr. David Kennedy. (*Id.* at 1.) Defendant T-Mobile USA, Inc. ("T-Mobile") and Intervenor Ericsson Inc. ("Ericsson") do not oppose the Motion. (*Id.*) "The parties have further agreed that no responsive supplement is necessary from Ericsson and T-Mobile's damages expert, Melissa Bennis, and that Ms. Bennis shall be permitted to respond to Mr. Kennedy's supplemental report consistent with her existing opinions and reports." (*Id.* at 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that General Access has leave to

serve the third supplemental expert report of Mr. David Kennedy (Dkt. No. 237-1).

## So Ordered this

**Apr 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE