IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Case No. 2:23-cv-00158-JRG |
| T-MOBILE USA, INC. § | |
| § | |
| Defendant, § | |
| § | |
| ERICSSON, INC., § | |
| § | |
| Intervenor-Defendant. § | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 7, 2025

**OPEN:  09:10 AM**                                                                **ADJOURN:  06:17 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| ATTORNEYS FOR INTERVENOR: | See attached |
| LAW CLERKS: | Danielle Zapata<br>Riley Zoch<br>Braden Anderson |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:10 AM | Court opened. |
| 09:10 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:25 AM | Court called for announcements from the parties.  (Defendant and Intervenor collectively will be referred to as Defendants.) |
| 09:26 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:37 AM | Prospective Jurors began introduction of themselves. |
| 10:02 AM | Court provided additional instructions to Jury Pool. |
| 10:06 AM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 10:36 AM | *Voir dire* on behalf of Defendants by Mr. Dacus. |
| 11:07 AM | Bench conference with counsel re: challenges for cause. |
| 11:08 AM | Bench conference concluded. |
| 11:08 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:10 AM | Remainder of Jury Pool recessed for break. |
| 11:11 AM | Counsel approached bench. |
| 11:12 AM | Strike conference began with specifically named juror(s). |
| 11:29 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:29 AM | Recess. |
| 11:54 AM | Court reconvened. |
| 11:54 AM | Bench conference. |
| 12:03 PM | Bench conference concluded. |
| 12:03 PM | Instructions given by the Court. Jurors selected. |
| 12:07 PM | Jurors sworn. |
| 12:09 PM | Remainder of Jury Pool excused. |
| 12:10 PM | Additional instructions given by the Court. |
| 12:24 PM | Jury recessed for lunch. |
| 12:25 PM | Recess. |
| 01:32 PM | Court reconvened. |
| 01:32 PM | Jury returned to courtroom. |
| 01:33 PM | Court gave preliminary instructions to Jury. |
| 02:09 PM | Notebooks provided to Jury. |
| 02:09 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:22 PM | Plaintiff's opening statement by Mr. Summers. |
| 02:52 PM | Defendants' opening statement by Mr. Stevenson. |
| 03:22 PM | Opening statements concluded. |
| 03:22 PM | Rule invoked. |
| 03:23 PM | Jury recessed for break. |
| 03:23 PM | Recess. |
| 03:37 PM | Court reconvened. |
| 03:38 PM | Jury returned to courtroom. |
| 03:38 PM | Plaintiff's case-in-chief: |
| 03:39 PM | Witness sworn. |
| 03:39 PM | Direct examination of Mr. Paul Struhsaker by Mr. Summers. |
| 04:10 PM | Bench conference. |
| 04:11 PM | Bench conference concluded. |
| 04:11 PM | Continuation direct examination of Mr. Paul Struhsaker by Mr. Summers. |
| 04:40 PM | Cross examination of Mr. Paul Struhsaker by Mr. Stevenson. |
| 04:50 PM | Bench conference. |
| 04:55 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:55 PM | Continuation cross examination of Mr. Paul Struhsaker by Mr. Stevenson. |
| 05:40 PM | Redirect examination of Mr. Paul Struhsaker by Mr. Summers. |
| 05:53 PM | Recross examination of Mr. Paul Struhsaker by Mr. Stevenson. |
| 05:54 PM | Completion of testimony of Mr. Paul Struhsaker. |
| 05:55 PM | Ms. Fair introduced the video designation of Dr. Russell McKown. |
| 06:14 PM | Video designation of Dr. Russell McKown concluded. |
| 06:14 PM | Court instructions to the Jury. |
| 06:15 PM | Jury recessed until tomorrow morning at 8:30 a.m. |
| 06:17 PM | Court encouraged the parties to utilize the meet and confer process re: overnight disputes. Court available tomorrow at 7:30 AM to take up any unresolved issues. |
| 06:17 PM | Court adjourned. |