# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GENERAL ACCESS SOLUTIONS, LTD.** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **Case No.  2:23-cv-00158-JRG** |
| **T-MOBILE USA, INC.** § | |
| § | |
| **Defendant,** § | |
| § | |
| **ERICSSON, INC.,** § | |
| § | |
| **Intervenor-Defendant.** § | |

---

## MINUTES FOR JURY TRIAL DAY NO. 2
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 8, 2025

**OPEN:  08:32 AM**                                   **ADJOURN:  06:39 PM**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANT:            See attached.

ATTORNEYS FOR INTERVENOR:           See attached

LAW CLERKS:                         Danielle Zapata
                                    Riley Zoch
                                    Braden Anderson

COURT REPORTER:                     Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:32 AM | Court opened. |
| 08:32 AM | Exhibits used prior day read into the record. |
| 08:35 AM | Jury entered the courtroom. |
| 08:25 AM | Continuation Plaintiff's case-in-chief: |
| 08:35 AM | Ms. Fair introduced the video designation of Mr. Bevan Smith. |
| 08:43 AM | Video designation of Mr. Bevan Smith concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 08:44 AM | Ms. Fair introduced the video designation of Mr. Sanghoon Sung. |
| 08:57 AM | Video designation of Mr. Sanghoon Sung concluded. |
| 08:57 AM | Ms. Fair introduced the video designation of Mr. Geoffrey McHardy. |
| 09:06 AM | Video designation of Mr. Geoffrey McHardy concluded. |
| 09:06 AM | Ms. Fair introduced the video designation of Mr. Sabastian Faxer. |
| 09:07 AM | Court provided explanation to the Jury re: testimony offered by video designation when witness is present in the courtroom. |
| 09:10 AM | Video designation of Mr. Sabastian Faxer concluded. |
| 09:11 AM | Ms. Fair introduced the video designation of Mr. Ashwin Thomas. |
| 09:16 AM | Video designation of Mr. Ashwin Thomas concluded. |
| 09:16 AM | Witness sworn. |
| 09:17 AM | Direct examination of Mr. Michael "Skip" Hynek by Ms. Fair. |
| 09:34 AM | Cross examination of Mr. Michael "Skip" Hynek by Mr. Dacus. |
| 09:42 AM | Bench conference. |
| 09:43 AM | Bench conference concluded. |
| 09:43 AM | Continuation cross examination of Mr. Michael "Skip" Hynek by Mr. Dacus. |
| 10:02 AM | Bench conference. |
| 10:04 AM | Bench conference concluded. |
| 10:04 AM | Continuation cross examination of Mr. Michael "Skip" Hynek by Mr. Dacus. |
| 10:06 AM | Bench conference. |
| 10:08 AM | Bench conference concluded. |
| 10:08 AM | Continuation cross examination of Mr. Michael "Skip" Hynek by Mr. Dacus. |
| 10:22 AM | Redirect examination of Mr. Michael "Skip" Hynek by Ms. Fair. |
| 10:32 AM | Recross examination of Mr. Michael "Skip" Hynek by Mr. Dacus. |
| 10:34 AM | Completion of testimony of Mr. Michael "Skip" Hynek. |
| 10:34 AM | Jury recessed for break. |
| 10:35 AM | Bench conference with Mr. Knobloch and Mr. Haynes |
| 10:36 AM | Bench conference concluded. |
| 10:36 AM | Recess. |
| 10:46 AM | Court reconvened. |
| 10:47 AM | Jury returned to courtroom. |
| 10:47 AM | Witness sworn. |
| 10:48 AM | Direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |
| 11:39 AM | **Courtroom sealed**. |
| 11:40 AM | Continuation direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |
| 11:51 AM | **Courtroom unsealed**. |
| 11:52 AM | Continuation direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |
| 12:01 PM | Jury recessed for lunch break. |
| 12:02 PM | Recess. |
| 12:50 PM | Court reconvened. |
| 12:51 PM | Jury returned to courtroom. |
| 12:52 PM | Continuation direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |
| 01:27 PM | **Courtroom sealed**. |
| 01:28 PM | Continuation direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 01:31 PM | Bench conference. |
| 01:34 PM | Bench conference concluded. |
| 01:34 PM | Continuation direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |
| 01:51 PM | **Courtroom unsealed**. |
| 01:51 PM | Continuation direct examination of Dr. Vijay Madisetti by Mr. Knobloch. |
| 02:21 PM | Cross examination of Dr. Vijay Madisetti by Mr. Haynes. |
| 02:40 PM | Jury recessed for break. |
| 02:40 PM | Recess. |
| 02:52 PM | Court reconvened. |
| 02:52 PM | Jury returned to courtroom. |
| 02:52 PM | Continuation cross examination of Dr. Vijay Madisetti by Mr. Haynes. |
| 04:11 PM | Bench conference. |
| 04:12 PM | Bench conference concluded. |
| 04:12 PM | Continuation cross examination of Dr. Vijay Madisetti by Mr. Haynes. |
| 04:17 PM | Redirect examination of Dr. Vijay Madisetti by Mr. Knobloch |
| 04:28 PM | Recross examination of Dr. Vijay Madisetti by Mr. Haynes. |
| 04:30 PM | Additional redirect examination of Dr. Vijay Madisetti by Mr. Knobloch |
| 04:30 PM | Completion of testimony of Dr. Vijay Madisetti. |
| 04:31 PM | Ms. Fair introduced the video designation of Mr. Nicholas Caldwell. |
| 04:32 PM | Video designation of Mr. Nicholas Caldwell concluded. |
| 04:32 PM | Ms. Fair introduced the video designation of Mr. Patricio Delgado. |
| 04:35 PM | Video designation of Mr. Patricio Delgado concluded. |
| 04:35 PM | Ms. Fair introduced the video designation of Mr. Cam Crawford. |
| 04:43 PM | Video designation of Mr. Cam Crawford concluded. |
| 04:44 PM | Jury recessed for break. |
| 04:44 PM | Recess. |
| 04:57 PM | Court reconvened. |
| 04:58 PM | Court directed the submission of a jointly prepared updated final jury instructions and verdict form by 4:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 04:59 PM | Jury returned to courtroom. |
| 05:00 PM | Witness sworn. |
| 05:00 PM | Direct examination of Mr. David Kennedy by Ms. Fasulo. |
| 05:56 PM | Cross examination of Mr. David Kennedy by Mr. Dacus. |
| 06:08 PM | **Courtroom sealed**. |
| 06:09 PM | Continuation cross examination of Mr. David Kennedy by Mr. Dacus. |
| 06:20 PM | **Courtroom unsealed**. |
| 06:21 PM | Continuation cross examination of Mr. David Kennedy by Mr. Dacus. |
| 06:32 PM | Bench conference. |
| 06:34 PM | Bench conference concluded. |
| 06:34 PM | Court instructions to the Jury. |
| 06:35 PM | Jury recessed until tomorrow morning at 8:30 a.m. |
| 06:38 PM | Court reminded the parties of tomorrow's 4:00 deadline to submit updated final jury instructions and verdict form. |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 06:39 PM | Court adjourned. |