# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **GENERAL ACCESS SOLUTIONS, LTD.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Case No.  2:23-cv-00158-JRG** |
| **T-MOBILE USA, INC.** | § | |
| | § | |
| **Defendant,** | § | |
| | § | |
| **ERICSSON, INC.,** | § | |
| | § | |
| **Intervenor-Defendant.** | § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 10, 2025

**OPEN:  08:31 AM**                                     **ADJOURN:  01:46 PM**

ATTORNEYS FOR PLAINTIFF:          See attached

ATTORNEYS FOR DEFENDANT:        See attached.

ATTORNEYS FOR INTERVENOR:      See attached

LAW CLERKS:                                  Danielle Zapata
                                                       Riley Zoch
                                                       Braden Anderson

COURT REPORTER:                         Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:31 AM | Court opened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:34 AM | Continuation Defendants' case-in-chief: |
| 08:34 AM | Cross examination of Ms. Johanna Dwyer by Mr. Summers. |
| 08:39 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 08:42 AM | Bench conference concluded. |
| 08:42 AM | Continuation cross examination of Ms. Johanna Dwyer by Mr. Summers. |
| 09:03 AM | Redirect examination of Ms. Johanna Dwyer by Mr. Stevenson. |
| 09:08 AM | Recross examination of Ms. Johanna Dwyer by Mr. Summers. |
| 09:10 AM | Completion of testimony of Ms. Johanna Dwyer. |
| 09:10 AM | Witness sworn. |
| 09:11 AM | Direct examination of Ms. Melissa Bennis by Mr. Dacus. |
| 09:27 AM | **Courtroom sealed**. |
| 09:27 AM | Continuation direct examination of Ms. Melissa Bennis by Mr. Dacus. |
| 09:34 AM | **Courtroom unsealed**. |
| 09:34 AM | Continuation direct examination of Ms. Melissa Bennis by Mr. Dacus. |
| 09:46 AM | Cross examination of Ms. Melissa Bennis by Ms. Fair. |
| 10:12 AM | **Courtroom sealed**. |
| 10:12 AM | Continuation cross examination of Ms. Melissa Bennis by Ms. Fair. |
| 10:21 AM | Bench conference. |
| 10:22 AM | Bench conference concluded. |
| 10:22 AM | Continuation cross examination of Ms. Melissa Bennis by Ms. Fair. |
| 10:23 AM | Redirect examination of Ms. Melissa Bennis by Mr. Dacus. |
| 10:25 AM | **Courtroom unsealed**. |
| 10:26 AM | Continuation redirect examination of Ms. Melissa Bennis by Mr. Dacus. |
| 10:30 AM | Completion of testimony of Ms. Melissa Bennis. |
| 10:30 AM | Bench conference. |
| 10:31 AM | Bench conference concluded. |
| 10:31 AM | Defendants rested its case-in-chief. |
| 10:31 AM | Jury recessed for break. |
| 10:32 AM | Recess. |
| 10:41 AM | Court reconvened. |
| 10:41 AM | Jury returned to courtroom. |
| 10:42 AM | Plaintiff's rebuttal case: |
| 10:42 AM | Direct examination of rebuttal witness Dr. Vijay Madisetti by Mr. Knobloch. |
| 10:58 AM | Bench conference. |
| 10:59 AM | Bench conference concluded. |
| 10:59 AM | Continuation direct examination of rebuttal witness Dr. Vijay Madisetti by Mr. Knobloch. |
| 11:28 AM | Bench conference. |
| 11:28 AM | Bench conference concluded. |
| 11:28 AM | Continuation direct examination of rebuttal witness Dr. Vijay Madisetti by Mr. Knobloch. |
| 11:30 AM | Cross examination of rebuttal witness Dr. Vijay Madisetti by Mr. Haynes. |
| 11:44 AM | Bench conference. |
| 11:45 AM | Bench conference concluded. |
| 11:45 AM | Redirect examination of rebuttal witness Dr. Vijay Madisetti by Mr. Knobloch. |
| 11:47 AM | Completion of rebuttal testimony of Dr. Vijay Madisetti. |
| 11:47 AM | Plaintiff rested its rebuttal case. |

| TIME | MINUTE ENTRY |
|------|--------------|
| 11:47 AM | Both sides rested. |
| 11:47 AM | Court provided instructions to the Jury. |
| 11:49 AM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 11:50 AM | Court will take up Rule 50(a) motions following recess. |
| 11:53 AM | Recess. |
| 12:49 PM | Court reconvened. |
| 12:49 PM | Court took up Rule 50(a) motions. |
| 12:49 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 12:54 PM | Court began hearing argument on Rule 50(a) motions. |
| 01:41 PM | Argument concluded. |
| 01:41 PM | Court made rulings as set forth in the record. |
| 01:45 PM | Completion of hearing re: Rule 50(a) motions. |
| 01:45 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 01:46 PM | Recess. |