

**2:23-cv-00158-JRG**
**General Access Solutions, Ltd. v T-Mobile USA, Inc., *et al***
**April 10, 2025 at 8:30 AM**

## Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Glen Summers | Plaintiff |
| Andrea Fair | Plaintiff |
| John Hughes | Plaintiff |
| Meg Fasulo | Plaintiff |
| Nosson Knobloch | Plaintiff |
| Deron Dacus | Defendant/Intervenor |
| John Haynes | Defendant/Intervenor |
| Ted Stevenson | Defendant/Intervenor |
| Scott Stevens | Defendant/Intervenor |
| Mary Riolo | Defendant/Intervenor |
| Emily Welch | Defendant/Intervenor |
| Kyle Ceuninck | Defendant/Intervenor |
| Thomas Davison | Defendant/Intervenor |
| Taylor Kelson | Plaintiff |
| | |
| | |
| | |
| | |
| | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Michael "Skip" Hynek | General Access Solutions |
| Justin Mueller | T-Mobile |
| Sebastian Faxer | Ericsson |
| | |
| | |
| | |