# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § § § |
| *Plaintiff,* | § § § |
| v. | § CIVIL ACTION NO. 2:23-CV-00158-JRG § |
| T-MOBILE USA, INC., | § § |
| *Defendant,* | § § |
| ERICSSON INC., | § § |
| *Intervenor-Defendant.* | § § |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"General Access"** refers to Plaintiff General Access Solutions, Ltd.
- **"T-Mobile"** refers to Defendant T-Mobile USA, Inc.
- The **"'477 Patent"** refers to U.S. Patent No. 6,947,477.
- The **"'383 Patent"** refers to U.S. Patent No. 7,099,383.
- The **"Asserted Claims"** collectively refers to claims 1, 3, and 6 of the '477 Patent and claim 16 of the '383 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

# READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1A

Did General Access prove by a preponderance of the evidence that T-Mobile infringed any of the following claims of the **'477 Patent**?

| Claim 1  | Yes: _____ | **OR** | No: ✓ |
| Claim 3  | Yes: _____ | **OR** | No: ✓ |
| Claim 6  | Yes: _____ | **OR** | No: ✓ |

## QUESTION NO. 1B

Did General Access prove by a preponderance of the evidence that T-Mobile infringed the following claim of the **'383 Patent**?

| Claim 16 | Yes: _____ | **OR** | No: ✓ |

## QUESTION NO. 2A

Did T-Mobile prove by clear and convincing evidence that any of the following claims of the **'477 Patent** are invalid?

    Claim 1    Yes: _____    **OR**    No: ✓

    Claim 3    Yes: _____    **OR**    No: ✓

    Claim 6    Yes: _____    **OR**    No: ✓

## QUESTION NO. 2B

Did T-Mobile prove by clear and convincing evidence that the following claim of the **'383 Patent** is invalid?

    Claim 16    Yes: _____    **OR**    No: ✓

**Only answer Question No. 3 if you found that at least one of the Asserted Claims is both infringed ("YES" as to that claim in Question No. 1A or Question No. 1B) and not invalid ("NO" as to that claim in Question No. 2A or Question No. 2B).**

## **QUESTION NO. 3**

What sum of money, if paid now as a lump sum in cash, has General Access proven by a preponderance of the evidence would compensate it for its damages as to any and all infringement that you have found?

Answer in United States Dollars and Cents, if any:

$ _____

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __11__ day of April, 2025.

_____

Jury Foreperson