IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., § § § *Plaintiff*, § § v. § T-MOBILE USA, INC., § § § *Defendant*, § § ERICSSON INC., § § *Intervenor-Defendant*, § § NOKIA OF AMERICA, INC., § § *Intervenor-Defendant*. § § | CIVIL ACTION NO. 2:23-CV-00158-JRG |

**FINAL JUDGMENT**

A jury trial commenced in the above-captioned case on April 7, 2025. On April 11, 2025, the Jury reached and returned its unanimous verdict finding that Defendant T-Mobile USA, Inc. ("T-Mobile") does not infringe the asserted claims of U.S. Patent Nos. 6,947,477 (the "'477 Patent") and 7,099,383 (the "'383 Patent").[1] (Dkt. No. 250.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. T-Mobile has not infringed claims 1, 3, or 6 of the '477 Patent;

---

[1] This Final Judgment shall have no effect on the claims against T-Mobile as to non-Ericsson products, nor shall it impact Intervenor Nokia of America, Inc. ("Nokia"). Prior to the April 7, 2025, jury trial, the Court stayed all deadlines in the above-captioned case as to Nokia and Nokia products pursuant to a settlement between Plaintiff General Access Solutions, Ltd. ("General Access") and Nokia. (Dkt. No. 240.) However, this Final Judgment, and its effect, does run to and inure to the benefit of Ericsson Inc. as the manufacturer of the accused products litigated in this trial.

2. T-Mobile has not infringed claim 16 of the '383 Patent;

3. General Access takes nothing against T-Mobile; and

4. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, T-Mobile is the prevailing party in this case and shall recover its costs from General Access. Accordingly, T-Mobile is directed to file its Bill of Costs.

All other requests for relief now pending by and between General Access, T-Mobile, and Intervenor Ericsson Inc., which are not specifically addressed herein, are **DENIED**.

**So ORDERED and SIGNED this 15th day of April, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE