**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  2:23-CV-00158-JRG |
| T-MOBILE USA, INC., | § | |
| *Defendant,* | § | |
| | § | |
| ERICSSON INC., | § | |
| *Intervenor-Defendant.* | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is the Contingent Rule 59 Motion for New Trial (the "Motion") filed by Defendant T-Mobile USA, Inc. and Intervenor-Defendant Ericsson Inc. ("Defendants").  (Dkt. No. 265).  In the Motion, Defendants move the Court to grant a new trial as to invalidity to the extent this Court grants Plaintiff General Access Solutions, Ltd. ("GAS")'s Rule 59 Motion for New Trial (Dkt. No. 261) ("GAS's Motion").  However, the Court has denied GAS's Motion.

Accordingly, the Court finds that Defendants' Motion should be and hereby is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 25th day of March, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE